IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEDGWICK CLAIMS MANAGEMENT SERVICES, INC, <br><br> Plaintiff, <br><br> v. <br><br> KIMBERLEY SOUKUP, <br><br> Defendant. | No. C 12-80106 WHA <br><br> **ORDER TO SHOW CAUSE** |

On April 16, 2012, defendant Kimberley Soukup, filed a motion for protection and objection to document subpoenas. Pursuant to Civil Local Rule 7-3, plaintiff's opposition was due April 30. None was filed. Plaintiff is hereby **ORDERED TO SHOW CAUSE** why defendant's motion should not be granted for plaintiff's failure to oppose. Plaintiff must file a written response by **NOON ON MAY 8, 2012**.

**IT IS SO ORDERED.**

Dated: May 3, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE