IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SEDGWICK CLAIMS MANAGEMENT,

    Plaintiff,

  v.

KIMBERLEY SOUKUP,

    Defendant.
                                   /

No. C 12-80106 WHA

**ORDER FINDING GOOD CAUSE SHOWN**

     On April 16, 2012, Kimberley Soukup filed a motion for protection and objection to document subpoenas. Pursuant to Civil Local Rule 7-3, plaintiff's opposition or statement of non-opposition was due April 30. None was filed. Plaintiff was ordered to show cause why the motion should not be granted for plaintiff's failure to oppose. Plaintiff timely responded to the order to show cause, explaining it had submitted a response to the clerk's office for filing on April 25, 2012 via FedEx. Unfortunately, the response was not e-filed. Plaintiff has also filed its opposition brief. Good cause having been shown, the opposition brief is deemed filed. Defendant's reply is due **MAY 16, 2012**.

     **IT IS SO ORDERED.**

Dated: May 9, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE